IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR LUCIO, | No. C 08-0521 WHA (PR) |
|     Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |
|     v. | |
| J.A SMITH, M. GARCIA, M. REYES, | (Doc. #20) |
|     Defendants. | |

    Good cause appearing, defendants' **FIRST** request for an extension of time to file a dispositive motion (docket number 20) is **GRANTED.** Defendants shall file a dispositive motion on or before **June 1, 2010**. Plaintiff's opposition to the dispositive motion shall be filed with the court and served upon defendants no later than thirty (30) days from the filing date of the motion. If defendants wish to file a reply brief, they shall do so no later than fifteen (15) days after the date of service of the opposition.

    **IT IS SO ORDERED.**

Dated: January   19  , 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\E.D. CAL\LUCIO 08-631\Lucio-08-631-eot to file dm.wpd