**United States District Court**
For the Eastern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE LUCAS, | No. C 08-0521 WHA (PR) |
| Plaintiff, | **ORDER** |
| v. | |
| A.K. SCRIBNER; et al., | |
| Defendants. | |

In this prisoner's pro se civil rights action under 42 U.S.C. § 1983, all three remaining defendants have appeared. The court stayed discovery, extended the deadlines for defendants to respond to the amended complaint, and referred the case to the Pro Se Prisoner Mediation Program. Magistrate Judge Vadas has filed a report that the parties were unable to resolve the case through mediation or settlement. Thus, it is time to move this case toward resolution through motion and trial if necessary.

The stay of discovery that was imposed so that the parties could pursue mediation is now LIFTED. Within **thirty days** of the date of this order, defendants must serve on plaintiff their responses to any discovery requests propounded on them before discovery was stayed. Within **thirty days** of the date of this order, plaintiff must serve on defendants his responses to any discovery requests propounded on him before discovery was stayed. The parties are reminded that discovery requests and responses are not supposed to be filed with the court as part of the discovery process. The parties may make agreements among themselves to extend

these deadlines without any need for a court order. The parties also are cautioned that the requirement that they make a good faith effort to meet and confer any discovery dispute before presenting any discovery dispute to the court is *strictly* enforced. See Fed. R. Civ. P. 37(a)(1) (motion to compel "must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action").

The court had granted defendants' requests to extend the deadline to respond to the amended complaint until the mediation concluded. The mediation has now concluded, and it is time to set new deadlines for answers and dispositive motions. The court now sets the following new schedule:

1. No later than **October 29, 2010**, defendants must file and serve a motion for summary judgment or other dispositive motion. If defendants are of the opinion that this case cannot be resolved by such a motion, they must so inform the court prior to the date the motion is due.

2. No later than **December 3, 2010**, plaintiff must file and serve on defense counsel his opposition to the summary judgment or other dispositive motion.

3. No later than **December 17, 2010**, defendants must file and serve any reply brief.

4. If defendants do not file a motion for summary judgment or other dispositive motion, they must file and serve their answer to the amended complaint no later than **October 29, 2010**. See 42 U.S.C. § 1997e(g)(2). A waiver of the right of reply is not an acceptable alternative.

**IT IS SO ORDERED.**

Dated:   August 2, 2010   .

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2