UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DWAYNE LUCAS,

    Plaintiff,

v.

A.K. SCRIBNER; et al.,

    Defendants.

No. C 08-0521 WHA (PR)

**JUDGMENT**

This action is dismissed without prejudice because plaintiff did not exhaust administrative remedies before filing the action.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: October 12, 2010

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE