UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE LUCAS | No. C 08-0521 WHA (PR) |
| Plaintiff, | **ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL AND DENYING CERTIFICATE OF APPEALABILITY** |
| v. | |
| A.K. SCRIBNER; et al., | |
| Defendants. | |

Plaintiff's motion for appointment of counsel is DENIED. (Docket # 55.) The motion was filed after the court had dismissed the action and entered judgment. The denial of this motion is without prejudice to plaintiff filing a motion in the U.S. Court of Appeals for the Ninth Circuit.

Plaintiff's motion for a certificate of appealability in this civil rights action is DENIED as unnecessary. (Docket # 61.) All further motions should be filed in the court of appeals.

IT IS SO ORDERED.

DATED: November 16, 2010

W<sup>m</sup> Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE